**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

TRAVIS MANNING                                                                                           PLAINTIFF
ADC # 144583

v.                                       2:12-cv-00038-JMM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al.*                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 8th day of June, 2012.

JAMES M. MOODY
UNITED STATES DISTRICT JUDGE