**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**TRAVIS MANNING**                                                                      **PLAINTIFF**
ADC # 144583

v.                                   2:12-cv-00038-JMM-JJV

**RAY HOBBS**, Director, Arkansas
Department of Correction; *et al.*                                           **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 8th day of June, 2012.

                                                                       */s/ James M. Moody*
                                                                       JAMES M. MOODY
                                                                       UNITED STATES DISTRICT JUDGE